| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)*                                Chapter    11 |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Brooklyn Buildings  LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-1862485 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1600 Bergen Street  Brooklyn, NY 11213  Number, Street, City, State & ZIP Code | 781 Sherwood Street  Valley Stream, NY 11581  P.O. Box, Number, Street, City, State & ZIP Code |
| | | Kings  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor    Brooklyn Buildings  LLC          Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

| Debtor | Brooklyn Buildings  LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Brooklyn Buildings  LLC
         Name                                                                    Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 11, 2018
              MM / DD / YYYY

**X** /s/ Yehoshua Allswang                           Yehoshua Allswang
Signature of authorized representative of debtor      Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                       Date   July 11, 2018
Signature of attorney for debtor                             MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 681-0200        Email address

NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name     Brooklyn Buildings LLC

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 11, 2018             **X** /s/ Yehoshua Allswang
                                            Signature of individual signing on behalf of debtor

                                            Yehoshua Allswang
                                            Printed name

                                            Managing Member
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Brooklyn Buildings  LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SC Concierge LLC 833 Fanwood Avenue Valley Stream, NY 11581 | | | | | | $75,000.00 |
| Madison Park Investors 88 Washington Avenue Cedarhurst, NY 11516 | | | | | | $70,000.00 |
| L&T Attorney Services 778 Morris Park Avenue Suite 10 Bronx, NY 10462 | | | | | | $10,000.00 |
| Metro Futures LLC 57 West 38th Street New York, NY 10018 | | | | | | $10,000.00 |
| NY Equity Management LLC 1202 Halsey Street Suite 101 Brooklyn, NY 11207 | | | | | | $5,000.00 |
| Berg and David PLLC 266 Broadway,  Suite 503 Brooklyn, NY 11211 | | | | | | $4,700.00 |
| Paul Mernick 337 Central Avenue Building R Lawrence, NY 11559 | | | | | | $4,000.00 |
| Goldstein Hall PLLC 80 Broad Street, Ste. 303 New York, NY 10004 | | | | | | $3,000.00 |

Debtor   Brooklyn Buildings  LLC                              Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Yehuda Berko<br>614 Oak Drive<br>Far Rockaway, NY 11691 | | | | | | $2,000.00 |
| Jesse Kaufman<br>251 Troy Avenue<br>Brooklyn, NY 11213 | | | | | | $2,000.00 |
| Warner & Scheuerman<br>6 West 18th Street<br>10th Floor<br>New York, NY 10011 | | | | | | $1,500.00 |
| Forensic Litigation Group<br>623 Eagle Rodk Avenue<br>Suite 364<br>West Orange, NJ 07052 | | | | | | $1,200.00 |
| Riverside Abstract LLC<br>3839 Flatlands Avenue<br>Brooklyn, NY 11234 | | | | | | $1,200.00 |
| Dependable Abstract Inc.<br>3838 Flatlands Avenue<br>Brooklyn, NY 11234 | | | | | | $1,000.00 |
| SRY Design<br>1360 Fulton Ave<br>Studio #415<br>Brooklyn, NY 11216 | | | | | | $1,000.00 |
| Michael Reed<br>4311 Laek Forest Court<br>Finksburg, MD 21048 | | | | | | $1,000.00 |
| Fulcrum Properties<br>153 East 96th Street, 1-A<br>New York, NY 10128 | | | | | | $500.00 |

# United States Bankruptcy Court
### Eastern District of New York

In re    Brooklyn Buildings  LLC                              Case No.
                              Debtor(s)                        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ariel Marinelli | | 17.50% | Membership |
| Isachar Allswang | | 17.50% | Membership |
| Israel Rosenberg | | 9% | Membership |
| Mielcah E. Munk | | 17.50% | Membership |
| Rachel Allswang | | 3.5% | Membership |
| Yehoshua Allswang<br>781 Sherwood Street<br>Valley Stream, NY 11581 | | 17.50% | Membership |
| Yisroel Allswang | | 17.50% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 11, 2018                              Signature    /s/ Yehoshua Allswang
                                                                Yehoshua Allswang

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re: Brooklyn Buildings LLC

Debtor(s)

Case No.

Chapter 11

# **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: July 11, 2018

/s/ Yehoshua Allswang
Yehoshua Allswang/Managing Member
Signer/Title

Date: July 11, 2018

/s/ Jonathan S. Pasternak
Signature of Attorney
Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200   Fax: (914) 684-0288

Berg and David PLLC
266 Broadway, Suite 503
Brooklyn, NY 11211


Brooklyn Union Gas Co
One Metrotech Center
Brooklyn, NY 11201


Criminal Court of NYC
120 Schemerhorn Street
Brooklyn, NY 11201


David Fleishman, Esq.
2233 Nostrand Avenue
Third Floor
New York, NY 10038


Department of Housing
Preservation & Developmen
100 Gold Street
New York, NY 10038


Dependable Abstract Inc.
3838 Flatlands Avenue
Brooklyn, NY 11234


Dominick James Mingione
80 Pine Street, FL 38
New York, NY 10005


Eric T. Schneiderman
NYS Dept of Tax & Finance
Charles E. Gary, Asst AG
300 Motor Parkway Ste 205
Hauppauge, NY 11788-5522


Forensic Litigation Group
623 Eagle Rodk Avenue
Suite 364
West Orange, NJ 07052


Frimhar Associates LLC
184 S. Livingston Ave.
#132
Livingston, NJ 07039

```
Fulcrum Properties
153 East 96th Street, 1-A
New York, NY 10128


Goldstein Hall
Attn: Gabriel Gerbi Esq.
80 Broad Street
Suite 303
New York, NY 10004


Goldstein Hall PLLC
80 Broad Street, Ste. 303
New York, NY 10004


Heights Houses 1 Corp.
c/o Lorenzo A. Deluca Esq
269 Forest Avenue
Staten Island, NY 10301


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Wesley
56 Rogers Avenue
Brooklyn, NY 11201


Jesse Kaufman
251 Troy Avenue
Brooklyn, NY 11213


L&T Attorney Services
778 Morris Park Avenue
Suite 10
Bronx, NY 10462


Madison Park Investors
88 Washington Avenue
Cedarhurst, NY 11516


Marc S. DeMilt, Esq.
The City Of New York
H.P.D.
100 Gold Street, Rm 5-W2
New York, NY 10038
```

Metro Futures LLC
57 West 38th Street
New York, NY 10018


Michael Reed
4311 Laek Forest Court
Finksburg, MD 21048


Milestone Community
Management Group
c/o Leon Miles
114 Macon St. Units 1&2
Brooklyn, NY 11216


NY Equity Management LLC
1202 Halsey Street
Suite 101
Brooklyn, NY 11207


NYC Dept of Finance
Dept of Legal Affairs
345 Admas St., 3rd FL
Brooklyn, NY 11201


NYC Dept of Finance
c/o Karen Ross, Ewq.
NYC Law Dept Room 3-106
100 Church Street
New York, NY 10007


NYC Environmanal Control
100 Church Street
New York, NY 10038


NYC Environmental Control
NYC Law Department
Attn: Karen Ross, Esq.
100 Church St., Rm 3-106
New York, NY 10007


NYC Parking Violations
c/o Karen Ross, Esq.
100 Shurch Street
Room 3-106
New York, NY 10007

NYS Dept of Tax & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Office of U.S. Trustee
US Federal Office Bldg
201 Varick St., Ste 1006
New York, NY 10014


Paul Mernick
337 Central Avenue
Building R
Lawrence, NY 11559


Riverside Abstract LLC
3839 Flatlands Avenue
Brooklyn, NY 11234


SC Concierge LLC
833 Fanwood Avenue
Valley Stream, NY 11581


Security & Exchange Comm.
NY Regional Office
200 Vesey Strett, Ste 400
New York, NY 10281-1022


SRY Design
1360 Fulton Ave Studio
#415
Brooklyn, NY 11216


United States Attorney
One St. Andrews Plaza
Claims Unit - Room 417
New York, NY 10007


Warner & Scheuerman
6 West 18th Street
10th Floor
New York, NY 10011


Yehuda Berko
614 Oak Drive
Far Rockaway, NY 11691

7/11/18 10:18AM

# United States Bankruptcy Court
## Eastern District of New York

In re  Brooklyn Buildings LLC                                          Case No.
                                    Debtor(s)                          Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Brooklyn Buildings LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 11, 2018                                      /s/ Jonathan S. Pasternak
Date                                               Jonathan S. Pasternak
                                                   Signature of Attorney or Litigant
                                                   Counsel for  Brooklyn Buildings LLC
                                                   DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                   One North Lexington Avenue
                                                   White Plains, NY 10601
                                                   (914) 681-0200 Fax:(914) 684-0288

# United States Bankruptcy Court
**Eastern District of New York**

| In re | Brooklyn Buildings | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Yehoshua Allswang, declare under penalty of perjury that I am the Managing Member of Brooklyn Buildings, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of July, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yehoshua Allswang, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Yehoshua Allswang, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yehoshua Allswang, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  July 11, 2018                                   Signed  /s/ Yehoshua Allswang
                                                              Yehoshua Allswang

Resolution of Board of Directors
of
Brooklyn Buildings

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yehoshua Allswang, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Yehoshua Allswang, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yehoshua Allswang, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  July 11, 2018                                    Signed   /s/ Yehoshua Allswang
                                                                Yehoshua Allswang