ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for the City of New York and Its Agencies
100 Church Street, Room 5-223
New York, New York 10007
(212) 356-2134
Gabriela P. Cacuci (GC-4791)
gcacuci@law.nyc.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:

BROOKLYN BUILDINGS LLC,

     Debtor.
---------------------------------------------------------x

Chapter 11

Case No. 18-43971 (CEC)

**NOTICE OF APPEARANCE**
**ON BEHALF OF THE CITY OF NEW YORK AND ITS AGENCIES**

  **PLEASE TAKE NOTICE,** that pursuant to Rules 9010(b), 2002 and 3017 of the Federal Rules of Bankruptcy Procedure, the City of New York and Its agencies hereby appears in the above-captioned case by the undersigned counsel and requests service of all papers, including but not limited to, orders, reports, pleadings, motions, applications, petitions, answering and reply papers, and copies of any disclosure statements and plans of reorganization filed or to be filed in the above-captioned case by emailing one copy of any such paper to:

Gabriela P. Cacuci
Assistant Corporation Counsel
OFFICE OF ZACHARY W. CARTER
Corporation Counsel of the City of New York
100 Church Street, Room 5-223
New York, New York 10007
(212) 356-2134
gcacuci@law.nyc.gov

Dated: New York, New York
July 17, 2018

        ZACHARY W. CARTER
        Corporation Counsel of the
        City of New York

By:    /s/ Gabriela P. Cacuci
       Gabriela P. Cacuci
       Assistant Corporation Counsel
       100 Church Street, Room 5-223
       New York, New York 10007
       Tel. (212) 356-2134
       Fax (212) 356-4066
       gcacuci@law.nyc.gov

TO:

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKHER, LLP
Jonathan S. Pasternak, Esq.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 681-0200
Fax: (914) 684-0288
jpasternak@ddw-law.com

OFFICE OF THE U.S. TRUSTEE
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Tel: (212) 510-0500
Fax: (212) 668-2256

## CERTIFICATE OF SERVICE

    I, Gabriela P. Cacuci, an attorney admitted to practice before the courts of the State of New York, do hereby certify that on July 17, 2018, I served true copies of the foregoing Notice of Appearance on behalf of the City of New York and Its Agencies dated July 17, 2018, by facsimile and/or electronic transmission on the persons listed below:

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKHER, LLP
Jonathan S. Pasternak, Esq.
One North Lexington Avenue
White Plains, New York 10601
Tel: (914) 681-0200
Fax: (914) 684-0288
jpasternak@ddw-law.com

OFFICE OF THE U.S. TRUSTEE
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Tel:  (212) 510-0500
Fax:  (212) 668-2256


Dated: New York, New York
    July 17, 2018

            /s/ Gabriela P. Cacuci_____
            GABRIELA P. CACUCI